JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:21-cv-00509-CJC-JDE   Date  4/27/2021

Title   CHERICE ANDRE V. ALORICA INC.

---

Present:  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

   The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [13], and hereby orders the case dismissed without prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_ : _
Initials of Deputy Clerk:  cw